Julian CAZENAVE, Appellant, v. UNITED STATES, Appellee. Andrew BATTISTELLA, Appellant, v. UNITED STATES, Appellee. William STRUVE, Appellant, v. UNITED STATES, Appellee. Henry WALTERS, Appellant, v. UNITED STATES, Appellee. John BENINO, Appellant, v. UNITED STATES, Appellee. Victor ADAMS, Appellant, v. UNITED STATES, Appellee.

(Circuit Court of Appeals, Fifth Circuit. January 13, 1925.)

(Nos. 4418-4422, 4431.)

Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Hugh M. Wilkinson, of New Orleans, La. (Hugh Suthon, of New Orleans, La., on the brief), for appellant, No. 4418.

Hugh M. Wilkinson, of New Orleans, La. (Maurice Rooney, of New Orleans, La., on the brief), for appellant, No. 4419.

Hugh M. Wilkinson, of New Orleans, La., for appellant, No. 4420.

Hugh M. Wilkinson, of New Orleans La. (Maurice Rooney, of New Orleans, La., on the brief), for appellant, No. 4421.

Alfred J. Bonomo, of New Orleans, La., for appellant, No. 4422.

Walter L. Gleason, of New Orleans, La., for appellant, No. 4431.

Louis H. Burns, U. S. Atty., Edwin H. Grace, Asst. U. S. Atty., both of New Orleans, La.

Before WALKER and BRYAN, Circuit Judges, and CLAYTON, District Judge.

BRYAN, Circuit Judge. The same questions arise in these cases as in the case of Denapolis v. United States (No. 4313) 3 F.(2d) 722, this day decided and affirmed.

The decrees appealed from are therefore affirmed.